UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | CASE NO. C12-03818 LHK<br><br>[Removed from Santa Cruz County Superior Court, Case No. CV173686]<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS GENERAL MOTORS COMPANY, ALLOW AMENDMENT OF PLAINTIFF'S ORIGINAL COMPLAINT, AND CONTINUE RULE 26 INITIAL DISCLOSURE DEADLINE |

The Court, having read the Stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Defendant General Motors Company is hereby dismissed from this action with prejudice with each party to bear his, her or its own fees and costs;

2. Plaintiffs Gino Bettencourt and Linda Bettencourt are granted leave to amend their complaint to include General Motors, LLC, with said amendment relating back to the filing date of Plaintiffs' Original Complaint;

3. The Rule 26 Initial Disclosure deadline is extended to Wednesday, November 28, 2012; and

4. The Initial Case Management Conference shall be held on Wednesday, December 5, 2012.

**IT IS SO ORDERED.**

DATED: October 23, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge