UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT,<br><br>              Plaintiffs,<br>   v.<br><br>GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No.: 12-CV-03818-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for October 31, 2012, as required pursuant to Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one joint case management statement by Friday, October 26, 2012, at 5:00 p.m. The statement must address "all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." Civil Local Rule 16-9(a).

**IT IS SO ORDERED.**

Dated: October 25, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge