**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT,<br><br>            Plaintiffs,<br>   v.<br><br>GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No.: 12-CV-03818-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A SETTLEMENT STATUS REPORT |

The parties have represented that they have reached a tentative settlement in this case. The parties are hereby ORDERED to file a settlement status report by August 2, 2013.

**IT IS SO ORDERED.**

Dated: July 26, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03818-LHK
ORDER TO FILE A SETTLEMENT STATUS REPORT