UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT, <br><br> Plaintiffs, <br> v. <br><br> GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 12-CV-03818-LHK <br><br> ORDER DIRECTING PARTIES TO FILE A SETTLEMENT STATUS REPORT |

The parties have represented that they have reached a tentative settlement in this case. The parties are hereby ORDERED to file a settlement status report by August 2, 2013.

**IT IS SO ORDERED.**

Dated: July 26, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03818-LHK
ORDER TO FILE A SETTLEMENT STATUS REPORT