1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT, | Case No.: 12-CV-03818-LHK |
| Plaintiffs, | ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

On July 26, 2013, the Court ordered the parties to file a settlement status report no later than August 2, 2013. ECF No. 40. In the August 2, 2013 status report, the parties indicate that they intend to file a notice of settlement within a week of the status report. ECF No. 41. The parties have not filed the notice of settlement nor have they filed a stipulation of dismissal. The parties currently are scheduled to appear for a further case management conference on August 21, 2013. ECF No. 32. The case management conference will be continued if the parties file their Notice of Settlement, including a date by which the parties intend to file a stipulation of dismissal, no later than August 16, 2013. If the parties do not file their stipulation of dismissal by that date, they shall file a joint case management statement by August 16, 2013, and shall appear for the case management conference on August 21, 2013 at 2:00 p.m.

1

**IT IS SO ORDERED.**

Dated:  August 13, 2013

_____

LUCY H. KOH
United States District Judge

Case No.: 12-CV-03818-LHK
ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
For the Northern District of California