UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 12-CV-03818-LHK <br><br> ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE |

On April 18, 2013, Plaintiffs filed a motion to abstain. ECF No. 34. The hearing for that motion is scheduled for September 5, 2013. On August 16, 2013, the parties filed a notice of settlement and requested thirty days to file their stipulation dismissing the case and to schedule a hearing regarding the minor plaintiff. ECF No. 43. The parties currently are scheduled to appear for a further case management conference on August 21, 2013. If Plaintiffs withdraw the motion to abstain by Tuesday, August 20, 2013 at noon, the Court will continue the August 21, 2013 case management conference to September 25, 2013. If Plaintiffs do not withdraw the motion to abstain, the parties shall appear for the case management conference on August 21, 2013 at 2:00 p.m. as currently scheduled.

**IT IS SO ORDERED.**

Dated: August 19, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03818-LHK
ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE