UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 12-CV-03818-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On August 20, 2013, Plaintiffs withdrew their motion to abstain. ECF No. 45. The Court therefore continues the further case management conference currently scheduled for August 21, 2013 to September 25, 2013 at 1:30 p.m. The parties shall file a joint case management statement no later than September 18, 2013.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge