UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINO BETTENCOURT and LINDA BETTENCOURT,<br><br>Plaintiffs,<br>v.<br><br>GENERAL MOTORS COMPANY, a foreign corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 12-CV-03818-LHK<br><br>ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT |

There is a case management conference scheduled in this case for October 23, 2013. The parties were required to file a joint case management statement by October 16, 2013, but they did not do so. Accordingly, the Court now orders the parties to file a joint case management statement by noon on October 21, 2013.

**IT IS SO ORDERED.**

Dated: October 17, 2013

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-03818-LHK
ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT